customs regulations made in pursuance of law have the force and effect of law and must be observed. *Maple Leaf Petroleum, Ltd.* v. *United States,* 25 C.C.P.A. (Customs) 5, T.D. 48976. Hence, the assessment of liquidated damages by the collector for noncompliance with the regulation in question was proper. The protest is overruled.

Judgment will be entered accordingly.

JANUARY 19, 1961

No. 65058.—SUIT 5035.—United States *v.* The Heyman Co., Inc.——A.R.D. 113 affirmed November 17, 1960. C.A.D. 755.

BEFORE THE THIRD DIVISION, JANUARY 23, 1961

No. 65059.—Frank P. Dow Co., Inc., a/c United China & Glass Co., et al. *v.* United States, protests 217498–K, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.

No. 65060.—Ucagco, Inc., et al. *v.* United States, protests 257529–K, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JANUARY 24, 1961

No. 65061.—Sprouse Reitz Co., Inc. *v.* United States, protest 59/14725 (Los Angeles).